IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2187
--------------------------------------------------
THIS DOCUMENT RELATES TO

*Cirila Iris Rojas v. Sofradim Production SAS*            2:13-cv-18260

## MEMORANDUM OPINION AND ORDER

On August 14, 2019, I granted a motion to show cause filed by Sofradim Production SAS ("Sofradim"). [ECF No. 20]. In the Show Cause Order, I directed plaintiff to show cause on or before August 28, 2019, why her case should not be dismissed for failure to comply with court orders, including the failure to serve a Plaintiff Fact Sheet or Expert Disclosure as required by Pretrial Order # 297. I warned that should plaintiff fail to respond, she risks the entry of an award of sanctions up to and including dismissal of her case. On August 27, 2019, plaintiff's counsel responded to the Show Cause Order stating that plaintiff had refused to cooperate in the prosecution of her case as he had been unable to reach her despite repeated attempts.

The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), that this case should be dismissed without prejudice for plaintiff's failure to adequately respond to the Show Cause Order and

otherwise comply with discovery deadlines in compliance with the court's previous pretrial and other orders.

Therefore, the court **ORDERS** that Sofradim is dismissed without prejudice. No other defendants remain and this case is stricken from the docket and closed.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: August 29, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE